LOR:qes
AO 442 (Rev. 11/11) Arrest Warrant                                                                                           2023R00027

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                                              Case No. 23-mj-68 JFD

VATTHANA ANDY SENGSOURIYA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
VATTHANA ANDY SENGSOURIYA
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

On or about October 14, 2022, in Hennepin County, in the State and District of Minnesota, the defendant did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

On or about October 14, 2022, in Hennepin County, in the State and District of Minnesota, the defendant, having previously been convicted of at least one crime punishable by a term of imprisonment exceeding one year, and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, specifically a Glock Model 21 .45 caliber pistol bearing serial number XXR301, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Date: January 25, 2023                                           *John F. Docherty*
                                                                 _____
                                                                 Issuing officer's signature

City and State: St. Paul, MN                                     The Honorable John F. Docherty
                                                                 United States Magistrate Judge
                                                                 *Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |