UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

VATTHANA ANDY SENGSOURIYA,
                Defendant,

Criminal No. 23-mj-68   JFD

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: VATTHANA ANDY SENGSOURIYA
Detained at (custodian): HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Complaint
               Charging Detainee With: possession with intent to distribute narcotics; felon in possession of a firearm.
or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on January 26, 2023 at 1:30 p.m. in the courtroom of The Honorable John F. Docherty.

Dated: January 25, 2023                        *s/ Lauren O. Roso*
                                                    LAUREN O. ROSO, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

January 25, 2023                              *s/John F. Docherty*
Date                                                THE HONORABLE JOHN F. DOCHERTY
                                                      UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/ |
| Facility Address: | 401 South Fourth Avenue, Suite 100 | Race: | |
| | Minneapolis, MN, 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                          (Signature)

Writ issued 1/25/2023