IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 23-mj-68 JFD |
| | ) | Date: January 26, 2023 |
| Vatthana Andy Sengsouriya, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 6A |
| Defendant. | ) | Time Commenced: 2:09 p.m. |
| | ) | Time Concluded: 2:16 p.m. |
| | ) | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Esther Mignanelli, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
           X FPD        X To be appointed

Date Charges Filed: January 25, 2023        Offense: possession with the intent to distribute a mixture and substance containing a detectable amount of cocaine; felon in possession of a firearm

       X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Monday, January 30, 2023 at 10:30 a.m. before U.S. Magistrate Judge David T. Schultz in Mpls CR 9E for:
  X Detention hrg        X Preliminary hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice given

                                                           _s/nah_____
                                                           Signature of Courtroom Deputy