# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23mj068 (JFD) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| VATTHANA ANDY SENGSOURIYA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Jean M. Brandl shall appear as appointed counsel of record for the above named defendant in this case.

Dated:  January 27, 2023

*s/Jean M. Brandl*
JEAN M. BRANDL
Attorney ID No.  0387260
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415